≙AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
FEB 1 6 2010
AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

SONIA DOTSON

**JUDGMENT IN A CIVIL CASE**

V.

CITY OF SYRACUSE; THE CITY OF
SYRACUSE POLICE DEPARTMENT;
TIMOTHY GAY; and MARK McCARDLE[1]

Case Number:     5:04-CV-1388 (NAM/ATB)

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the jury finds that defendants unlawfully retaliated against plaintiff for engaging in a protected activity, and she sustained injuries that were proximately caused by the unlawful retaliation, in violation of Title VII and Human Rights Law. Plaintiff is awarded a total of $450,000.00 in compensatory damages broken down as follows:

    City of Syracuse:   $175,000.00
    Timothy Gay:        $125,000.00
    Mark McArdle:       $150,000.00

February 16, 2010                         Lawrence K. Baerman
Date                                      Clerk

                                          (By) Deputy Clerk  Judi L. Roberts

---

[1] Defendant's name is misspelled in the Caption. The correct spelling is McArdle.