*Original*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**SONIA DOTSON,**

        **Plaintiff,**

  v.                                                        04-CV-1388

**THE CITY OF SYRACUSE; SGT.**
**TIMOTHY GAY; and MARK McARDLE,**

        **Defendants.**



U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
NOV 1 ? 2011
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

# VERDICT SHEET

**PLEASE NOTE** - Each Juror will be provided with a Verdict Form in order to facilitate understanding of the charge and to aid in deliberation as to the elements of each claim. **HOWEVER, YOUR VERDICT SHOULD BE REPORTED TO THE JUDGE ON <u>ONLY ONE</u> VERDICT FORM WHICH IS SIGNED BY THE JURY FOREPERSON.** The remaining Verdict Forms should be returned to the courtroom deputy unsigned.

**ALSO,** please carefully follow the bold-type directions accompanying each question.

## Title VII and Human Rights Law – Retaliation

1. What amount do you award plaintiff in compensatory damages against defendants?

$ 225,000.00

## REPORT YOUR VERDICT TO THE MARSHAL. PLEASE REMEMBER TO SIGN AND DATE YOUR VERDICT SHEET.

Dated: November 16, 2011
Syracuse, New York