Case 5:04-cv-01388-NAM-ATB   Document 201   Filed 12/08/11   Page 1

AO450 (Rev. 5/85) Judgment in a Civil Case

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
DEC - 8 2011
AT____O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __NEW YORK__

SONIA DOTSON

**AMENDED JUDGMENT IN A CIVIL CASE**

V.

CITY OF SYRACUSE; TIMOTHY GAY; and MARK McCARDLE[1]

Case Number:   5:04-CV-1388 (NAM/ATB)

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

In violation of Title VII and Human Rights Law, plaintiff is awarded a total of $225,000.00 in compensatory damages. Plaintiff is awarded a total of $225,000.00 in compensatory damages broken down as follows:

|  |  |
|---|---|
| City of Syracuse: | $87,500.00 |
| Timothy Gay: | $62,500.00 |
| Mark McArdle: | $75,000.00 |

December 8, 2011
Date

Lawrence K. Baerman
Clerk

(By) Deputy Clerk _Judi L Roberts_

---

[1]Defendant's name is misspelled in the Caption. The correct spelling is McArdle.