AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __NEW YORK__

FILED
DEC - 8 2011
AT____O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

SONIA DOTSON

**AMENDED JUDGMENT IN A CIVIL CASE**

V.

CITY OF SYRACUSE; TIMOTHY GAY; and MARK McCARDLE[1]

Case Number:   5:04-CV-1388 (NAM/ATB)

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

In violation of Title VII and Human Rights Law, plaintiff is awarded a total of $225,000.00 in compensatory damages. Plaintiff is awarded a total of $225,000.00 in compensatory damages broken down as follows:

  City of Syracuse:   $87,500.00
  Timothy Gay:        $62,500.00
  Mark McArdle:       $75,000.00

December 8, 2011
Date

Lawrence K. Baerman
Clerk

(By) Deputy Clerk  *Judi L Roberts*

---

[1]Defendant's name is misspelled in the Caption. The correct spelling is McArdle.