U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

Case Name & No.: <u>Sonia Dotson v. City of Syracuse, et al.</u>
Civil Action No: 5:04-CV-1388

Date: February 12, 2010

PRESIDING JUDGE: Hon. Norman A. Mordue

( ) Plaintiff     (X) Defendants

| Exhibit Number | Marked for Identification | Admitted in Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-1 | 2/11/10 | 2/11/10 | | | CD containing Recordings of Plaintiff's Sonia Dotson's Telephone Conversations with Lieutenant Thomas Serrao, Lonnie Dotson and Sergeant Rutha Chikowi |
| D-2 | | | | | SPD Rules and Regulations, Vol. 1, Art. 2, Sec. 33 – Telephone Use |
| D-3 | | | | | SPD Rules and Regulations, Vol. 1, Art. 3, Sec. 65 – Communications |
| D-4 | 2/10/10 | 2/10/10 | | Timothy Gay | 10.1 Signed Statement of Sergeant Timothy Gay to Deputy Chief Michael Heenan, dated September 26, 2003 |
| D-5 | 2/9/10 | 2/9/10 | | Sonia Dotson | 10.1 Signed Statement of Sonia Dotson to Lieutenant Serrao, dated September 16, 2003 |
| D-6 | 2/10/10 | | Objs by Pltfs as altered. | Thomas Serrao | 10.1 Signed Statement of Lieutenant Thomas Serrao to Deputy Chief Michael Heenan, dated September 26, 2003 |
| D-7 | 2/11/10 | 2/11/10 | By Stip. | | Sonia Dotson Medical Leave Report for September 12, 2003 |
| D-8 | 2/11/10 | 2/11/10 | By Stip. | | Sonia Dotson Medical Leave Report for September 13, 2003 |
| D-9 | | | | | Doctor's Note for Sonia Dotson dated September 12, 2003 |
| D-10 | 2/10/10 | 2/10/10 | | Mark McArdle | Disciplinary Action Reports, dated September 27, 2003 charging Sonia Dotson with 10 separate workplace rules violations |
| D-11 | 2/11/10 | 2/11/10 | | Michael Heenan | SPD Rules and Regulations, Vol. 1, Art. 4, Sec. 1.13 – Orders and Discipline |

| Exhibit Number | Marked for Identification | Admitted in Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-12 | 2/11/10 | NOT IN | Objs - Sustained | Michael Heenan | 10.1 Signed Statement of Deputy Chief Michael Heenan to Chief Dennis DuVal, dated October 2, 2003 |
| D-13 | | | | | Sonia Dotson Disciplinary File Delinquency #3637 I.A.S. #02-136 October 2, 2002 Incident in which Sonia Dotson refused to obey an order of Sergeant Timothy Gay |
| D-14 | | | | | 10.1 Signed Complaint and Supplemental Signed 10.1 from Sonia Dotson to Lieutenant Rebecca Thompson, dated September 23, 2003 (Details about Pornography Redacted) |
| D-15 | | | | | 10.1 Signed Report from Lieutenant Rebecca Thompson to Chief Dennis DuVal regarding Investigation into Sonia Dotson's September |
| D-16 | | | | | 10.1 Signed Complaint and Supplemental Signed 10.1 from Sonia Dotson to Lieutenant Rebecca Thompson, dated October 16, 2003 |
| D-17 | | | | | 10.1 Signed Report from Lieutenant Rebecca Thompson to Chief Dennis DuVal regarding Investigation into Sonia Dotson's October 16, 2003 Complaint |
| D-18 | | | | | September 2003 Time Sheet for CSOs on 2nd Platoon, including Sonia Dotson (Names of Police Officers Redacted) |
| D-19 | | | | | Sonia Dotson 2002 Performance Evaluation, dated March 21, 2003, with 90 day Review of Sick Time, by Sergeant Timothy Gay, dated July 10, 2003 |
| D-20 | 2/10/10 | 2/10/10 | | Timothy Gay | Sonia Dotson August 2003 – July 2004 Performance Evaluation, dated October 13, 2004 |
| D-21 | 2/11/10 | 2/11/10 | | Michael Heenan | SPD Rules and Regulations, Vol. 1, Art. 4, Sec. 14.00 – Employee Harassment |
| D-22 | 2/10/10 | 2/10/10 | | Mark McArdle | CSEA-City of Syracuse Labor Agreement that applies to CSOs |
| D-23 | 2/10/10 | 2/10/10 | | Mark McArdle | 10.1 Inter-Departmental Memorandum from Captain Mark McArdle to Deputy Chief of Police Michael Heenan, dated September 27, 2003 |